**LECHNER & SIMON, INC.,
Plaintiff–Respondent,**

v.

**William J. BEHRLE, Defendant–
Appellant.**

**No. 61284.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 18, 1992.

Marvin Max Klamen, Clayton, for defendant-appellant.

Donald R. Carmody, Michael Parnas, Carmody, MacDonald, Hilton & Wolf, Clayton, for plaintiff-respondent.

ORDER

PER CURIAM.

Plaintiff, Lechner & Simon, Inc., brought an action against defendant, William J. Behrle, for breach of contract. Defendant filed a counterclaim in three counts seeking damages for negligence, breach of fiduciary duty and fraud. On motion of plaintiff, the trial court dismissed defendant's counterclaim. Thereafter, plaintiff dismissed its petition against defendant. Defendant appeals the dismissal of his counterclaim.

No error of law appears. An extended opinion would have no precedential value. The order of the trial court is affirmed. Rule 84.16(b).

■

**DENJOY, INC., Plaintiff–Respondent,**

v.

**Don McARTHUR, Defendant–Appellant.**

**No. 60391.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 18, 1992.

Robert C. Ely, St. Louis, for plaintiff-respondent.

James A. Greenblatt, Clayton, for defendant-appellant.

ORDER

PER CURIAM.

Defendant, Don McArthur, appeals from the judgment, in a court-tried case, in favor of plaintiff, Denjoy, Inc., which awarded plaintiff $46,725.00 in damages in a contract action. We have reviewed the record and find that there is substantial evidence to support the judgment of the trial court. No error of law appears. An extended opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).